# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-4702
_____

STATE OF FLORIDA, DEPARTMENT
OF REVENUE,

Appellant,

v.

BOBBY J. WILLIAMS and SABRINA
STEIN,

Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

February 25, 2019

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ashley B. Moody, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellant.

Bobby L. Williams, pro se, Appellee. No appearance for Sabrina Stein, Appellee.